■ MANNOR MARINE REALTY CORP., Appellant, v. SOL WACHTLER et al., Constituting the Board of Trustees of the Town of North Hempstead, et al., Respondents.— Order of the Supreme Court, Nassau County, dated January 3, 1967, affirmed insofar as appealed from, without costs, on the opinion of the

Special Term. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur. [For companion case see *Riviera Assn.* v. *Town of North Hempstead*, 52 Misc 2d 575.]